IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:05-517 |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| vs. | ) | 18 U.S.C. §2253 |
| | ) | |
| CHRISTOPHER MICHAEL JONES | ) | |

INDICTMENT

THE GRAND JURY CHARGES:

That on or about March 10, 2005, in the District of South Carolina, the defendant, CHRISTOPHER MICHAEL JONES, knowingly did possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped, and transported in interstate commerce by any means, including by computer, in that he did possess a computer on which were stored visual depictions of persons under the age of eighteen engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), that he had obtained from the internet;

In violation of Title 18 United States Code, Section 2252A(a)(5)(B).

## FORFEITURE COUNT

1. THE GRAND JURY FURTHER FINDS probable cause to believe that upon conviction for one or more violations of Title 18, United States Code, Sections 2252(A) as charged in this Indictment, the Defendant, CHRISTOPHER MICHAEL JONES, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, his interest in:

   (1) any visual depiction described in section 2251, 2251A, or 2252 of chapter 110 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of chapter 110 of the United States Code;

   (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including, but not limited to, the following:

   A. One Hewlett Packard Pavilion 7920, computer, serial number KR12809292, containing child pornography and all contents thereon.

2. Substitute Assets:

   A. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant --

   (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with, a third person;

   (3) has been placed beyond the jurisdiction of the Court;

   (4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18, United States Code Section 2253(o), to seek forfeiture of any other property of said Defendant up to the value of the above forfeitable property;

Pursuant to Title 18, United States Code, Section 2253.

A \_\_true\_\_ Bill

\_s/ Foreperson\_\_\_
FOREPERSON

\_s/ Jonathan S. Gasser_____
JONATHAN S. GASSER (mbc)
ACTING UNITED STATES ATTORNEY

## MAXIMUM SENTENCE (18:2252A)

**FINE OF $250,000 (18 U.S.C. 3571)**
**AND/OR IMPRISONMENT FOR 10 YEARS**
**AND A TERM OF SUPERVISED RELEASE OF 3 YEARS (18 U.S.C. 3583)**
**SPECIAL ASSESSMENT $100.00 (18 U.S.C. § 3013)**